IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHARI PETERSON,<br>Plaintiff,<br><br>v.<br><br>HAPPY HEN EGG FARMS, INC.,<br>DELBERT BROD, JR., and<br>KEVIN SEVERANCE,<br>Defendants . | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:12-CV-00115 |

## JOINT MOTION FOR AGREED FINAL JUDGMENT

To the Honorable Judge:

Plaintiff Shari Peterson and defendants Happy Hen Egg Farms, Inc., Delbert Brod, Jr., and M/V Happy Hen Farms jointly file this motion for entry of an agreed final judgment and would show as follows:

1. Plaintiff Shari Peterson ("Plaintiff") filed this lawsuit against Happy Hen Egg Farms, Inc., Delbert Brod, Jr., and M/V Happy Hen Farms (collectively "Defendants") on or about April 11, 2012.

2. On or about June 5, 2012, Defendants filed an answer to Plaintiff's original complaint.

3. The parties no longer wish to pursue their causes of action.

4. Plaintiff and Defendants, by and through their attorneys of record, hereby move this Court to enter Judgment that each take nothing as to all causes of action which they have asserted in this cause and that the Court tax costs against the party incurring same.

Respectfully submitted,

_____
Travis B. Terry
Southern District ID No. 23556
Texas Bar No. 00788518
   Richard Leo Harrell
Southern District ID No. 12325
Texas Bar No. 09041320
REED & TERRY, LLP
56 Sugar Creek Center Blvd., Suite 300
Sugar Land, Texas 77478
Tel: 281.491.5000
Fax: 281.491.5055

ATTORNEYS FOR PLAINTIFF,
SHARI PETERSON


_____
Robert A. Davee
   Attorney-in-charge
Southern District ID No. 8578
Texas Bar No. 05411000
   Lindsay J. Glover
Southern District ID No. 1052666
Texas Bar No. 24069791
MILLS SHIRLEY LLP
17225 El Camino Real, Ste. 450
Houston, Texas 77058
Tel:   713.571.4275
Fax:  713.571.4271

ATTORNEYS FOR DEFENDANTS,
HAPPY HEN EGG FARMS, INC.,
DELBERT BROD, JR., AND
M/V HAPPY HEN FARMS

2

#250519/500251.001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service on known Filing Users will be automatically accomplished through the Notice of Electronic Filing. Counsel who are not Filing Users are receiving a true and accurate copy of the foregoing served via U.S. Mail on the 30th day of April, 2013.

*Lindsay Glover*
Lindsay J. Glover

#250519/500251.001